AMM:tjh
AO 91 (Rev. 11/11) Criminal Complaint

2023R00043

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

NICOLE ROBIN ROY

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 23-MJ-176 (DJF)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about February 9, 2022 through on or about January 6, 2023, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, defendant,

an Indian, who was the legal guardian and/or caretaker of Minor Victim 1, an Indian who had not attained the age of 18 years, did willfully deprive Minor Victim 1 of necessary food and health care, despite being reasonably able to make the necessary provisions, and the deprivation was likely to and did in fact result in substantial harm to Minor Victim 1's physical, mental, and emotional health,

all in violation of Title 18, United States Code, Sections 1151 and 1153; and Minnesota Statutes, Sections 609.05 and 609.378 subdiv. 1(a)(1).

I further state that I am a Federal Bureau of Investigation Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

*Complainant's signature*

Zane Nevala, Special Agent
Federal Bureau of Investigation
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: March 6, 2023

City and State: Minneapolis, MN

*Judge's Signature*

The Honorable Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*